UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CHARBEL CONSUL,

    Plaintiffs,

vs.

                                                  Case No.: 3:21-cv-00505-TJC-JRK

PROGRESSIVE AMERICAN
INSURANCE COMPANY,

    Defendant.
_____/

## **PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO DISCLOSE EXPERT REPORTS**

Plaintiff, CHARBEL CONSUL, by and through his undersigned counsel, pursuant to Rule 26(2)(A), FRCP, and Rule 3.01 of the Local Rules of the United States District Court, Middle District of Florida, moves this Court for an extension of time within which to disclose the expert reports and rebuttal reports, and states as follows:

1. This Court entered a Case Management and Scheduling Order and Referral to Mediation on July 20, 2021.

2. The Case Management and Scheduling Order and Referral to Mediation provided a due date of January 7, 2022, for the Plaintiff's expert reports to be disclosed.

3. The Case Management and Scheduling Order and Referral to Mediation provided a due date of February 4, 2022, for the

    Defendant's expert reports to be disclosed.

4. The Case Management and Scheduling Order and Referral to Mediation provided a due date of February 25, 2022, for rebuttal of expert reports.

5. The parties have been working diligently to coordinate discovery and schedule depositions.

6. The parties have scheduled several depositions to take place between February 1, 2022, through February 3, 2022.

7. Plaintiff requests that the deadlines for disclosing all expert reports be extended for Plaintiff's Expert Reports to be due on February 4, 2022, Defendant's Expert Report to be due on March 4, 2022, and Rebuttal reports to be due on March 25, 2022.

8. The undersigned has conferred with counsel for Defendant, who has no objection to the relief sought.

9. This motion is made in good faith and not for the purposes of delay.

WHEREFORE, Plaintiff moves this Court for an order granting an extension through and including February 4, 2022 for Plaintiff's disclosure of expert reports, through and including March 4, 2022 for Defendant's disclosure of expert reports, and through and including March 25, 2022 for the Parties' Rebuttal reports.

### CERTIFICATION OF ATTORNEY CONFERENCE

The undersigned, pursuant to Local Rule 3.01, certifies he has conferred with counsel for Defendant who has no opposition or objection to the motion.

Respectfully submitted this 5th day of January, 2022.

**MANUEL & THOMPSON, P.A.**

/s/ R. Waylon Thompson
**R. Waylon Thompson, Esq.**
Florida Bar No. 0769381
P.O. Box 1470
Panama City, FL 32402
waylon@manuelthompson.com
rachael@manuelthompson.com
april@manuelthompson.com
Ph: 850-785-5555; Fx: 850-785-0133
*Attorney for the Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th day of January, 2022, a true and correct copy of the foregoing was filed with the Clerk of Court by using the CM/ECF system, which will send a Notice of Electronic filing to counsel of record.

Joseph T. Kissane, Esq.
Cole, Scott & Kissane, P.A.
890 South Palafox Street, Ste. 200
Pensacola, Florida 32502
joe.kissane@csklegal.com
*Attorney for Defendant*

**MANUEL & THOMPSON, P.A.**

/s/ R. Waylon Thompson
**R. Waylon Thompson, Esq.**